**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose PULIDO–GONZALEZ,
Defendant–Appellant.**

No. 09–10176.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 21, 2010.

Josh Patrick Parecki, Assistant U.S. Attorney, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel Robert Drake, Drake Law, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jose Pulido–Gonzalez appeals from the 57–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pulido–Gonzalez contends that the Government's refusal to offer him a fast-track plea bargain because of his criminal and immigration history violated his constitutional rights. This contention lacks merit because the decision not to offer Pulido–Gonzalez a fast-track plea was within the prosecutor's discretion, and the district court did not clearly err when it concluded that Pulido–Gonzalez did not meet his burden of establishing a prima facie case of invidious discrimination. *See United States v. Armstrong,* 517 U.S. 456, 464–65, 116 S.Ct. 1480, 134 L.Ed.2d 687 (1996); *see also United States v. Estrada–Plata,* 57 F.3d 757, 760–61 (9th Cir.1995).

Pulido–Gonzalez next contends that the district court procedurally erred and that his sentence is substantively unreasonable because the district court: (1) failed to consider sentencing disparities with other defendants offered fast-track dispositions; and (2) treated the Guidelines as mandatory. The record indicates that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–92, 995 (9th Cir.2008) (en banc); *see also United States v. Gonzalez–Zotelo,* 556 F.3d 736, 740 (9th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 83, 175 L.Ed.2d 57 (2009). Further, considering the totality of the circumstances, including the 18 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 3553(a) sentencing factors, the sentence at the bottom of the Guidelines range is substantively reasonable. *See Carty,* 520 F.3d at 993.

AFFIRMED.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.